```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

    LAMAR MAURICE WILLIAMSON         *         CIVIL ACTION

    VERSUS                           *         NO: 08-4598

    STATE OF LOUISIANA               *         SECTION: "D"(3)
```

## O R D E R

Having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, the court hereby **APPROVES** the Partial Report and Recommendation of the United States Magistrate and **ADOPTS** it as its own opinion in this matter. Accordingly;

**IT IS ORDERED** that Plaintiff's claims against the State of Louisiana, St. Tammany Parish, the St. Tammany Parish Sheriff's Office, and the St. Tammany Parish Jail be and are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915(A)(b).

**IT IS FURTHER ORDERED** that Plaintiff be and is hereby given until **December 31, 2008** to amend his complaint to properly state a

claim against the only remaining Defendant, Warden Al Strain, in either his individual or official capacity.  Failure to timely amend will result in dismissal of Plaintiff's complaint against Warden Al Strain.

New Orleans, Louisiana, this **24th** day of **November**, **2008**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE