FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 21 PM 4: 09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAMAR MAURICE WILLIAMSON | CIVIL ACTION |
| VERSUS | NUMBER: 08-4598 |
| STATE OF LOUISIANA, ET AL | SECTION: "D" (3) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the response to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 10, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Lamar Maurice Williamson's claims under 42 U.S.C. § 1983 against the defendant, Warden Al Strain, are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief pursuant to 28 U.S.C. § 1915 and § 1915A.

New Orleans, Louisiana, this 20th day of April, 2009.

_____
A. J. MCNAMARA
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____